[No. 4045-3-III. Division Three. May 6, 1982.]

EARL M. DURBIN, ET AL, *Respondents,* v. OREGON
MUTUAL INSURANCE COMPANY, *Respondent,* BUD
KNORE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78-1343, Robert S. Day, J., entered
June 12, 1980. *Reversed* and *remanded* by unpublished per
curiam opinion.

[No. 4279-1-III. Division Three. May 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ALAN
BRYAN KRUEGER, *Defendant,* DANIEL HARP,
*Appellant.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 7491, Sidney R. Buckley, J., entered
November 3, 1980. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 5168-1-II. Division Two. May 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
VANCE BLEDSOE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80-1-00371-2, Thomas L. Lodge, J., entered
October 29, 1980. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Petrie, J.

[No. 9821-7-I. Division One. May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE
F. HILL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-01614-4, H. Joseph Coleman, J., entered
January 21, 1981. *Affirmed* by unpublished per curiam
opinion.